JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIA BARAJAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO-ANN STORES, LLC, and Does 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-02495-FLA (KSx)<br><br>(Removed from Los Angeles County Superior Court – Case No. 19STCV42587)<br><br>**ORDER GRANTING STIPULATION TO REMAND TO LOS ANGELES SUPERIOR COURT [DKT. 19]** |

# **ORDER**

The court, having considered the parties' Stipulation to Remand to the Los Angeles Superior Court (Dkt. 19) and the facts recited therein, and good cause appearing, hereby orders as follows:

1. The Stipulation to Remand is GRANTED as a result of the addition of defendant H&M Services, Inc., a California citizen, to the action, and the defeat of complete diversity jurisdiction as a result;

2. Case number 2:20-cv-02495-FLA (KSx) is hereby remanded forthwith to the Los Angeles Superior Court (Case No. 19STCV42587); and

3. The parties shall bear their own costs, expenses, and attorney's fees incurred in filing and responding to the Notice of Removal (Dkt. 1) and in connection with the remand of this action.

IT IS SO ORDERED.

Dated: April 19, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge